| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Placer Fire Equipment, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**03-0453590** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10203 Missle Way<br>Mather, CA**<br>ZIP Code **95655** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sacramento** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

2010-25190
FILED
March 03, 2010
5:23 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002458798

<table>
<tr><td>

## Voluntary Petition

*(This page must be completed and filed in every case)*

</td><td>

Name of Debtor(s):
**Placer Fire Equipment, Inc.**

</td></tr>
</table>

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)       (Date)

</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Placer Fire Equipment, Inc.** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Julius M Engel  ESQ**
Signature of Attorney for Debtor(s)

**Julius M Engel  ESQ 137759**
Printed Name of Attorney for Debtor(s)

**Engel Law Group**
Firm Name

**5855 Auburn Blvd. #2**
**Sacramento, CA 95841**

_____
Address

**Email: juliusengelesq@yahoo.com**
**916-515-9693  Fax: 916-514-0791**
Telephone Number

**March  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Stephen Israel**
Signature of Authorized Individual

**Stephen Israel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of California

In re    **Placer Fire Equipment, Inc.**                   ,     Case No. _____

                                   Debtor            Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,914,090.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 963,008.90 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 255,413.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 2,642,343.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 2,914,090.39 | | |
| | | Total Liabilities | | 3,860,765.77 | |

# United States Bankruptcy Court
## Eastern District of California

In re    **Placer Fire Equipment, Inc.**              Case No. _____
                                           Debtor      ,

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Placer Fire Equipment, Inc.**            Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Placer Fire Equipment, Inc.**              ,      Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business checking with Sierra Vista account: 3777 | - | 11,906.32 |
| | | Money Market Savings with First Bank of Northern Dixon Account #: 2740 | - | 1,990.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Sacramento County Airport System acct: 2029 | - | 25,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

                                          Sub-Total >      **38,896.32**
                                        (Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re    **Placer Fire Equipment, Inc.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts recievables of 2/25/2010 on prepayment agreement with clients.  No money or services have been exchanged as of the date of filing.** | - | **1,137,510.07** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,137,510.07**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Placer Fire Equipment, Inc.**
_____,    Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Debtor's product line consisting of 3D engineered computer models located in Debtor's server** | - | **1,000,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Freighliner FL70 condition fair** | - | **15,000.00** |
| | | **1998 Take 3 Car Trailer condition fair** | - | **4,000.00** |
| | | **2005 Aztec Flat Bed Trailer condition fair** | - | **1,500.00** |
| | | **2005 Aztec Flat Bed Trailer condition fair** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | | **Portable pump** | - | **900.00** |
| | | **Pressure washer** | - | **500.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, printers, scanners and fax machines** | - | **13,426.00** |
| | | **Office equipment, furniture and supplies** | - | **26,341.00** |
| | | **Computer software** | - | **10,284.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Metal lockers (7 @ $285.00 each)** | - | **1,995.00** |

Sub-Total >    **1,075,446.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Placer Fire Equipment, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Work tables | - | 2,270.00 |
| | | Steel racks | - | 3,250.00 |
| | | Forklifts and accessories | - | 7,847.00 |
| | | Welders | - | 8,731.00 |
| | | Millermatic 251 Mig Welders (6 @ $1500.00 each) Lincoln DC-400 Arch Welder ($1500.00) | - | 10,500.00 |
| | | Ladders | - | 1,385.00 |
| | | Cameras | - | 2,449.00 |
| | | Racking systems | - | 2,800.00 |
| | | Phone system | - | 3,505.00 |
| | | Machinery, equipment and tools | - | 92,801.00 |
| | | Trailers- Utility trailer $1300.00 30" flatbed trailer $6000.00 40"flatbed trailder $6000.00 | - | 13,300.00 |
| | | Wheeled racks | - | 3,400.00 |
| | | Cincinnati press brake | - | 300,000.00 |
| | | Atlantic Shear | - | 125,000.00 |
| | | Racking shop | - | 5,000.00 |
| | | Paint booth | - | 80,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     662,238.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Placer Fire Equipment, Inc.**                   ,       Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **2,914,090.39** |

(Report also on Summary of Schedules)

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Placer Fire Equipment, Inc.** _____,  Case No. _____

_Debtor_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7573**<br><br>**First Northern Bank of Dixon**<br>**PO Box 547**<br>**Dixon, CA 95620** | - | | **8/22/2007**<br>**Auto Loan**<br>**1995 Freighliner FL70, 1998 Take 3 Car Trailer, 2005 Aztec Flat Bed Trailer, 2005 Aztec Flat Bed Trailer**<br>**condition fair** | | | | | |
| | | | Value $                     **15,000.00** | | | | **13,008.90** | **0.00** |
| Account No.<br><br>**Sierra Vista Bank**<br>**1710 Prairie City Road**<br>**Folsom, CA 95630** | - | | **Secured**<br><br>**All assets of Placer Fire Equipment. Market value is all equipment and machinery subject to  loan from Sierra Vista Bank.** | | | | | |
| | | | Value $                       **1,500.00** | | | | **950,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **963,008.90** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **963,008.90** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Placer Fire Equipment, Inc.**   ,        Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>  3  </u> continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       

In re __Placer Fire Equipment, Inc._____,  Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2/26/2010 | | | | | |
| Gary Davis 1904 Benita Dr #2 Mather, CA 95655 | | - | back wages | | | | | 0.00 |
| | | | | | | | 1,162.88 | 1,162.88 |
| Account No. | | | 2/26/2010 | | | | | |
| James Deangelis 3536 Eisenhower Drive Sacramento, CA 95826 | | - | back wages | | | | | 0.00 |
| | | | | | | | 682.27 | 682.27 |
| Account No. | | | 2/26/2010 | | | | | |
| Jose Gutierrez 522 Cottonwood Street, #19 Woodland, CA 95695 | | - | back wages | | | | | 0.00 |
| | | | | | | | 803.00 | 803.00 |
| Account No. | | | 2/26/2010 | | | | | |
| Juan Lepe 714 Donner Way Woodland, CA 95695 | | - | back wages | | | | | 0.00 |
| | | | | | | | 810.00 | 810.00 |
| Account No. | | | 2/26/2010 | | | | | |
| Juan Zepada 1890 Junction Blvd Roseville, CA 95747 | | - | back wages | | | | | 0.00 |
| | | | | | | | 720.00 | 720.00 |

Sheet __1__ of __3__ continuation sheets attached to                     Subtotal              | 0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   | 4,178.15   | 4,178.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __Placer Fire Equipment, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Martin Moreno Masetto<br>29 Olive Way<br>Woodland, CA 95695 | - | | 2/26/2010<br><br>wages owed | | | | 613.00 | 0.00<br><br>613.00 |
| Account No.<br><br>Ramon Collazo<br>1023 Fredricks Street<br>Woodland, CA 95776 | - | | 2/26/2010<br><br>wages owed | | | | 571.20 | 0.00<br><br>571.20 |
| Account No.<br><br>Ting Yang<br>1040 Jean Ave<br>Sacramento, CA 95838 | - | | 2/26/2010<br><br>back wages | | | | 655.00 | 0.00<br><br>655.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 1,839.20 | 1,839.20 |

In re **Placer Fire Equipment, Inc.** ,          Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | 2010 | | | | | | |
| EDD PO Box 826846 Sacramento, CA 94246 | - | | | | sales taxes owed | | | | 247,039.00 | 0.00 | 247,039.00 |
| Account No. xDxxxxx2009 | | | | | 1/2010 | | | | | | |
| Franchise Tax Board POBox 942867 Sacramento, CA 94267 | - | | | | Taxes | | | | 2,357.00 | 2,357.00 | 0.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet **3** of **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 249,396.00 | 2,357.00 / 247,039.00 |
| Total (Report on Summary of Schedules) | 255,413.35 | 2,357.00 / 253,056.35 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Placer Fire Equipment, Inc.**                                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PLFIEQ**  <br><br>**ABC Supply Inc.**  <br>**PO Box 161145**  <br>**Sacramento, CA 95816** | | - | | | **9/22/09**  <br>**material supplied** | | | | 720.00 |
| Account No. **5119**  <br><br>**ACME Saw**  <br>**1204 E. Main St.**  <br>**Stockton, CA 95205** | | | | | **11/11/2009**  <br>**materials supplied** | | | | 115.00 |
| Account No. **9877**  <br><br>**Akron Brass**  <br>**PO Box 86**  <br>**Wooster, OH 44691** | | - | | | **12/1/2009**  <br>**materials supplied** | | | | 7,370.00 |
| Account No. **9521**  <br><br>**Allegis Corp.**  <br>**3895 Corsair St.**  <br>**Reno, NV 89502** | | - | | | **11/25/2009**  <br>**materials supplied** | | | | 2,117.00 |

___19___ continuation sheets attached

Subtotal  
(Total of this page)                    10,322.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:26365-090831    Best Case Bankruptcy

In re **Placer Fire Equipment, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1008** <br><br> **American Express** <br> **BOX 0001** <br> **Los Angeles, CA 90096** | | - | | | 1/1/2010 <br> **Trade Debt** | | | | 62,675.00 |
| Account No. **PLA002** <br><br> **American Terminal Supply** <br> **PO Box 5935** <br> **Troy, MI 48007** | | - | | | 12/30/08 <br> **materials supplied** | | | | 360.00 |
| Account No. **0798** <br><br> **ASE Supply Inc.** <br> **PO Box 30599** <br> **Portland, OR 97294** | | - | | | 11/5/09 <br> **materials supplied** | | | | 83.00 |
| Account No. **1818** <br><br> **Auto Paint Warehouse** <br> **31 Wrex Ct.** <br> **Chico, CA 95928** | | - | | | 6/18/2009 <br> **services rendered** | | | | 10,761.00 |
| Account No. **1376** <br><br> **Baxter Auto Parts** <br> **9975 Horn Rd.** <br> **Sacramento, CA 95827** | | - | | | 11/24/2009 <br> **materials supplied** | | | | 322.00 |

Sheet no. **1** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,201.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Placer Fire Equipment, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Placer Fire Equipment** <br><br> **BFB&A** <br> **83 Scripps Dr. Ste 210** <br> **Sacramento, CA 95825** | - | | | 9/22/2009 <br> **materials supplied** | | | | 2,315.00 |
| Account No. **9055** <br><br> **Bugman Pest Control, Inc.** <br> **10137 Folsom Blvd.** <br> **Rancho Cordova, CA 95670** | - | | | 12/4/09 <br> **services rendered** | | | | 194.00 |
| Account No. <br><br> **Capital Realty Advisors** <br> **2990 Lava Ridge Ct. Suite 230** <br> **Roseville, CA 95661** | - | | | 5/29/2009 <br> **money loaned** | | | | 75,000.00 |
| Account No. **PLMA202** <br><br> **Cast Products Inc.** <br> **PO Box 1202** <br> **Athens, AL 35612** | - | | | 5/27/09 <br> **materials supplied** | | | | 1,362.00 |
| Account No. <br><br> **Classic Marine** <br> **10203 Missle Way** <br> **Mather, CA 95655** | - | | | **security deposit** | | | | 8,000.00 |

Sheet no. **2** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 86,871.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Placer Fire Equipment, Inc.**                    Case No. _____
_____ ,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0685** | | | Business expenses | | | | |
| Delta Rubber P.O. Box 8302 Stockton, CA 95208 | | - | | | | | 1,822.81 |
| Account No. **xx0692** | | | Registration | | | | |
| Dept. of Motor Vehicles P.O. Box 825339 Sacramento, CA 94232 | | - | | | | | 73.00 |
| Account No. **x0620** | | | Business expenses | | | | |
| Drive Line Service of Sac P.O. Box 1234 West Sacramento, CA 95691 | | - | | | | | 1,813.45 |
| Account No. **x6800** | | | Business expenses | | | | |
| Duo Safety  Ladder 513 W. 9th Avenue Oshkosh, WI 54903 | | - | | | | | 1,688.40 |
| Account No. **placer fire eqpt** | | | Business expenses | | | | |
| Dura Poly Industries, Inc. 191 N. Hwy 314A Silver Springs, FL 34488 | | - | | | | | 450.00 |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,847.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Placer Fire Equipment, Inc.** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **7639** <br><br> **Eldrige Bid Reporter** <br> **P.O. Box 699** <br> **West Sacramento, CA 95691-0699** | - | | | | Business expenses | | | | 72.00 |
| Account No. **xxxxx9100** <br><br> **Elkhart Brass** <br> **P.O. Box 1127** <br> **Elkhart, IN 46515** | - | | | | Business expenses | | | | 1,713.19 |
| Account No. **Dxx0951** <br><br> **Enterprise Rent A Car** <br> **199 N. Sunrise Avenue** <br> **Dept. C** <br> **Roseville, CA 95661** | - | | | | Business expenses | | | | 286.70 |
| Account No. **Axxxx4013** <br><br> **Farmers Insurance** <br> **P.O. Box 894731** <br> **Los Angeles, CA 90189** | - | | | | Business expenses | | | | 2,744.27 |
| Account No. **5169** <br><br> **Federal Sign Corporation** <br> **2645 Federal Signal Drive** <br> **University Park, IL 60484** | - | | | | Business expenses | | | | 4,523.44 |

Sheet no. **4** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    9,339.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Placer Fire Equipment, Inc.** _____ , Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 422786 | | | Trade debt | | | | |
| Ferguson Enterprises 8200 Ferguson Avenue Sacramento, CA 95828-0931 | - | | | | | | 210.30 |
| Account No. placer fire eqpt. | | | Business expenses | | | | |
| Fire Foam Equipment 1338 Meredith Way Carmichael, CA 95608 | - | | | | | | 1,399.70 |
| Account No. xP6509 | | | Business expenses | | | | |
| Fire Research Corp. 26 Southern Blvd. Nesconset, NY 11767-1044 | - | | | | | | 4,095.97 |
| Account No. xxxx7573 | | | Business expenses | | | | |
| First Northern Bank 2150 DouglasBlvd. Suite 100 Roseville, CA 95661 | - | | | | | | 761.41 |
| Account No. xx3433 | | | Business expenses | | | | |
| Fleet Pride 3201 Evergreen Avenue West Sacramento, CA | - | | | | | | 1,058.29 |

Sheet no. __5__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **7,525.67**

In re **Placer Fire Equipment, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **placer fire eqpt**<br><br>Flying K<br>P.O. Box 120<br>Novato, CA 94948-0120 | | - | | Business expenses | | | | 1,333.68 |
| Account No. **xx5943**<br><br>Folsom Lake Ford<br>2441 Mercantile Drive<br>Rancho Cordova, CA 95742 | | - | | Business expenses | | | | 142.50 |
| Account No. **xx1390**<br><br>Frontier Emergency Products<br>2940 W. Osborn Road<br>Phoenix, AZ 85017 | | - | | Business expenses | | | | 2,357.00 |
| Account No. **xxx-xxxxx8-000**<br><br>Great America Leasing Corp.<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | | - | | Business expenses | | | | 812.52 |
| Account No. **P283**<br><br>Hale Products<br>700 Spring Mill Avenue<br>Conshohocken, PA 19428 | | - | | Business expenses | | | | 812.52 |

Sheet no. **6** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,458.22**

In re **Placer Fire Equipment, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x2337** | | | | | Business expenses | | | | |
| Hanney Reels 553 State Route 143 Westerlo, NY 12193 | | - | | | | | | | 5,036.90 |
| Account No. **PLx5655** | | | | | Business expenses | | | | |
| Harley Metal Fabrication 3343 Luyung Drive Rancho Cordova, CA 95742 | | - | | | | | | | 7,280.00 |
| Account No. **xxxxxxxxxxx3789** | | | | | Misc. purchases | | | | |
| Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | | - | | | | | | | 908.41 |
| Account No. **x2302** | | | | | Business expenses | | | | |
| Hypro 375 Fifth Avenu NW Saint Paul, MN 55112 | | - | | | | | | | 7,780.03 |
| Account No. **placer fire equip** | | | | | Business expenses | | | | |
| Innovative Industries 1525 Deleglise Street Antigo, WI 54409 | | - | | | | | | | 569.00 |

Sheet no. **7** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    21,574.34

In re  **Placer Fire Equipment, Inc.** _____,  Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx2894** | | | | Business expenses | | | | |
| Integra<br>P.O. Box 2966<br>Milwaukee, WI 53201-2966 | | - | | | | | | 854.16 |
| Account No. **xx8183** | | | | Business expenses | | | | |
| Integra<br>P.O. Box 2966<br>Milwaukee, WI 53201-2966 | | - | | | | | | 62.57 |
| Account No. **placer fire eqpt** | | | | Business expenses | | | | |
| Jcomputer<br>2455 Minden Way<br>Sacramento, CA 95835 | | - | | | | | | 150.00 |
| Account No. **placer fire eqpt** | | | | Business expenses | | | | |
| Jims Auto Upholstery<br>806 Reading Street<br>Suite C<br>Folsom, CA 95630 | | - | | | | | | 1,760.00 |
| Account No. | | | | 1/29/2010<br>money loaned | | | | |
| Jose Guillen<br>10 Cloe Ct.<br>Sacramento, CA 95835 | | - | | | | | | 25,000.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,826.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Placer Fire Equipment, Inc.**              ,      Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **placer fire eqpt** <br><br> **Just Say No!** <br> **12161 C Folsom Blvd.** <br> **Rancho Cordova, CA 95742** | | - | | Business expenses | | | | 206.00 |
| Account No. **xx7958** <br><br> **Kaiser Permanente** <br> **P.O. Box 23219** <br> **San Diego, CA 92193** | | - | | Business expenses | | | | 5,812.00 |
| Account No. **xx7745** <br><br> **Klingspor Abrasives** <br> **P.O. Box 2367** <br> **Hickory, NC 28603-2367** | | - | | Business expenses | | | | 231.24 |
| Account No. **PF05** <br><br> **Kochek** <br> **75 Highland Drive** <br> **Putnam, CT 06260** | | - | | Business expenses | | | | 2,733.96 |
| Account No. **x2202** <br><br> **L.N. Curtis & Sons** <br> **1800 Peralata Street** <br> **Oakland, CA 94607-1603** | | - | | Business expenses | | | | 721.11 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)     **9,704.31**

In re **Placer Fire Equipment, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx9470** | | | | Business expenses | | | | |
| Lincoln Financial Group 1 Granite Place P.O. Box 515 Concord, NH 03302-0515 | | - | | | | | | 5,400.00 |
| Account No. **xxxxx-0000** | | | | Business expenses | | | | |
| McGrath North 1st National Tower Dodge Street Suite B177 Omaha, NE | | - | | | | | | 2,106.00 |
| Account No. **x6080** | | | | Business expenses | | | | |
| Metro Electronics, Inc. 1831 J Street CA 95811 | | - | | | | | | 14.07 |
| Account No. **placer fire eqpt** | | | | Business expenses | | | | |
| Microform Precision, LLC 1312 Striker Avenue Suite 101 Sacramento, CA 95834 | | - | | | | | | 23,199.28 |
| Account No. **x0161** | | | | Business expenses | | | | |
| Midwest Motor Supply Dept. L2780 Columbus, OH 43260-2780 | | - | | | | | | 62.97 |

Sheet no. **10** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,782.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Placer Fire Equipment, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **placer fire eqpt** <br><br> **MTech, Inc.** <br> **2954 Hwy. 32** <br> **Suite 900** <br> **Chico, CA 95973** | | - | | | Business expenses | | | | 6,721.00 |
| Account No. **placer fire eqpt.** <br><br> **Nalley Motor Trucks** <br> **2560 Moreland Avenue** <br> **Atlanta, GA 30315** | | - | | | Business expenses | | | | 912,770.45 |
| Account No. **11113** <br><br> **Nebraska Truck Center, Inc.** <br> **4747 Juergen Rd** <br> **Grand Island, NE 68801** | | - | | | 7/5/2007 <br> Purchase contract for 20 Freightliner Model M2106 vehicles | | | | 199,059.00 |
| Account No. **xxx69-99** <br><br> **Nelson Stud Welding, Inc.** <br> **7900 West Ridge Road** <br> **Elyria, OH 44036-2019** | | - | | | Business expenses | | | | 530.63 |
| Account No. **CP804** <br><br> **Praxair** <br> **P.O. Box 21511** <br> **Pasadena, CA 91185-1511** | | - | | | Business expenses | | | | 1,465.23 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **1,120,546.31**

In re **Placer Fire Equipment, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Plac10**<br><br>R&L Carriers<br>P.O. Box 713153<br>Columbus, OH 43271-3153 | | - | | | Business expenses | | | | 345.34 |
| Account No. **x5590**<br><br>R.S. Hughes<br>8173 A Belvedere Avenue<br>Sacramento, CA 95826 | | - | | | Business expenses | | | | 614.36 |
| Account No. **xx2577**<br><br>Rainbows Fasteners<br>300 N. 12th Street<br>Sacramento, CA 95852 | | - | | | Business expenses | | | | 1,720.77 |
| Account No. **placer fire eqpt**<br><br>RC Fire Apparatus Management<br>2205 Mount Errigal Lane<br>Lincoln, CA 95648 | | - | | | Commissions due | | | | 50,838.35 |
| Account No. **x7588**<br><br>Riverview International Trucks<br>2445 Evergreen Avenue<br>West Sacramento, CA 95691-0716 | | - | | | Business expenses | | | | 2,590.94 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,109.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Placer Fire Equipment, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **placer fire eqpt** <br><br> Robert E. Birkholz <br> 884 Nevada Street <br> Gridley, CA 95948 | | - | | Business expenses | | | | 774.00 |
| Account No. **PFE** <br><br> Ryadon Inc. <br> 25932 Wright Circle <br> Foothill Ranch, CA 92610 | | - | | Business expenses | | | | 363.35 |
| Account No. **placer fire eqpt** <br><br> Rye Fire Protections District <br> P.O. Box 19190 <br> Colorado City, CO 81019 | | - | | Business expenses | | | | 4,288.33 |
| Account No. **placer fire eqpt** <br><br> Ryerson <br> 5476 Brisa Street <br> Livermore, CA 94550 | | - | | Business expenses | | | | 9,605.81 |
| Account No. **placer fire eqpt** <br><br> Sacrament Air Quality Management <br> 10590 Armstrong Avenue <br> Suite C <br> Mather, CA 95655 | | - | | Business expenses | | | | 692.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 15,723.49 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Placer Fire Equipment, Inc.**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx2029**<br><br>**Sacramento County Airports**<br>**6900 Airports Blvd.**<br>**Sacramento, CA 95837-1109** | | - | | | Business expenses | | | | 62,739.58 |
| Account No. **xx2540**<br><br>**Sacramento Occupational Medical**<br>**Group**<br>**15 Business Park**<br>**Suite 1**<br>**Sacramento, CA 95828** | | - | | | Business expenses | | | | 128.86 |
| Account No. **xxx6395**<br><br>**Safety Kleen**<br>**P.O. Box 7170**<br>**Pasadena, CA 91109-7170** | | - | | | Business expenses | | | | 1,523.40 |
| Account No. **placer fire eqpt**<br><br>**Secretary of State**<br>**P.O. Box 944230**<br>**Sacramento, CA 94244** | | - | | | Business expenses | | | | 25.00 |
| Account No. **F-26-3**<br><br>**Sentinel Fire Equipment**<br>**P.O. Box 161265**<br>**Sacramento, CA 95816** | | - | | | Business expenses | | | | 835.14 |

Sheet no. __14__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           65,251.98

In re **Placer Fire Equipment, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **placer fire eqpt** <br><br> **Shade Tree Signs** <br> **300 David Lane** <br> **Danville, CA 94526** | | - | | | Business expenses | | | | 3,680.00 |
| Account No. **xxxx-x628-7** <br><br> **Sherman Williams** <br> **6600 44th Street** <br> **Suite K** <br> **Sacramento, CA 95823-1261** | | - | | | Business expenses | | | | 3,478.90 |
| Account No. <br><br> **Sidney Israel** <br> **26000 Avenida Aeropuerto #154** <br> **San Juan Capistrano, CA 92675** | | | | | 2/12/2008 <br> money loaned | | | | 100,000.00 |
| Account No. **9085** <br><br> **Sierra Pacific Engineering** <br> **P.O.Box 5246** <br> **Carson, CA 90749-5246** | | - | | | Business expenses | | | | 3,012.74 |
| Account No. **3777** <br><br> **Sierra Vista Bank** <br> **1710 Prairie City Road** <br> **Folsom, CA 95630** | | - | | | 12/17/2008 <br> Line of Credit | | | | 947,554.92 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,057,726.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Placer Fire Equipment, Inc._____,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **HUMFD1** | | | | Business expenses | | | | |
| **Six Rivers Communication** 4060 Broadway Eureka, CA 95503 | | - | | | | | | 140.43 |
| Account No. **xxx7310** | | | | Business expenses | | | | |
| **SMUD** P.O. Box 15555 Sacramento, CA 95852 | | - | | | | | | 2,576.90 |
| Account No. **x8305** | | | | Business expenses | | | | |
| **South Park Corp** P.O Box 61 South Saint Paul, MN 55075 | | - | | | | | | 362.38 |
| Account No. **5967** | | | | Business expenses | | | | |
| **Staples** P.O. Box 6721 Dept. 00-05135967 The Lakes, NV 88901 | | - | | | | | | 182.43 |
| Account No. **x173.1** | | | | Business expenses | | | | |
| **The Shafer Law Group** 210 Magnolia Avenue Auburn, CA 95603 | | - | | | | | | 1,868.52 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,130.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Placer Fire Equipment, Inc.** ,            Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxF2138** | | | | Business expenses | | | | |
| Travelers 283 West Court Street Woodland, CA 95695 | | - | | | | | | 3,898.16 |
| Account No. **xx5550** | | | | Business expenses | | | | |
| TriCO Welding Supplies 1590 E. Kentucky Avenue Woodland, CA 95776 | | - | | | | | | 1,520.41 |
| Account No. **x3498** | | | | Business expenses | | | | |
| Trinity Diesel 8065 Boyd Street Arcata, CA 95521 | | - | | | | | | 218.18 |
| Account No. **x1062** | | | | Business expenses | | | | |
| Turtle Plastics P.O. Box 7577 Cleveland, OH 44101-4755 | | - | | | | | | 107.58 |
| Account No. **xx1093** | | | | Business expenses | | | | |
| VisionMark 2309 Industrial Drive Sidney, OH 45365 | | - | | | | | | 1,243.34 |

Sheet no. **17** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            6,987.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Placer Fire Equipment, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx8076** <br><br> **W.S. Darley** <br> **1051 Palmer Street** <br> **Chippewa Falls, WI 54729** | | - | | Business expenses | | | | 13,834.57 |
| Account No. **Placer fire eqpt** <br><br> **Wattco** <br> **2230 Cordelia Road** <br> **Fairfield, CA 94534** | | - | | Business expenses | | | | 8,793.45 |
| Account No. **7009** <br><br> **West Coast Gas** <br> **9203 Beatty Drive** <br> **Sacramento, CA 95826** | | - | | Business expenses | | | | 808.48 |
| Account No. **Zxxxx2886** <br><br> **West Coast Life Ins.** <br> **P.O. Box 12687** <br> **Birmingham, AL 35202-6687** | | - | | Business expenses | | | | 598.00 |
| Account No. **xxx-xx4883** <br><br> **Windustrial** <br> **5800 Warehouse Way** <br> **Sacramento, CA 95826** | | - | | Business expenses | | | | 879.74 |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     24,914.24

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Placer Fire Equipment, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **PFE** <br><br> **Zachary Weidkamp** <br> **6225 Reba Drive** <br> **Granite Bay, CA 95746** | | - | | **Business expenses** | | | | 500.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 500.00 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 2,642,343.52 |

In re     **Placer Fire Equipment, Inc.**                                    ,     Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Great American Leasing**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Lease on Bedliner equipment for bedlining truck beds.**<br>**Debtor is lessor.** |
| **Sacramento County Airports**<br>**6900 Airport Blvd.**<br>**Sacramento, CA 95837** | **Debtor is lessor on building lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Placer Fire Equipment, Inc.**                                                    Case No. _____

_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Eastern District of California

In re __Placer Fire Equipment, Inc.__                      Case No. _____

                                Debtor(s)            Chapter    **7**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 3, 2010**_____      Signature    **/s/ Stephen Israel**_____

                                                  **Stephen Israel**
                                                  **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of California

In re __Placer Fire Equipment, Inc.__        Case No. _____

                                 Debtor(s)           Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-98,299.39 | **2010: Business** |
| $-1,085,464.29 | **2009: Business** |
| $1,601,439.00 | **2008: Business** |

**2. Income other than from employment or operation of business**

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                   SOURCE

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sidney Israel** <br> **26000 Avenida Aeropuerto #154** <br> **San Juan Capistrano, CA 92675** <br>    **President's father** | **5/6/2009** | **$10,000.00** | **$100,000.00** |
| **Capital Realty Advisors** <br> **2990 Lava Ridge Ct. Suite 230** <br> **Roseville, CA 95661** <br>    **friend of president** | **within past year** | **$291,400.00** | **$75,000.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Nebraska Truck Center v. Placer Fire Equipment, Inc.** | **breach of contract** | **District Court of Douglas County, Nebraska** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Engel Law Group**<br>**5855 Auburn Blvd. #2**<br>**Sacramento, CA 95841** | **2/18/2010** | **$3,000.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Placer Fire Equipment, Inc** | 03-0453590 | **10203 Missle Wy. Mather, CA 95655** | **Manufacture of mobile truck equipment** | **6/10/2002-2/25/2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                           DATES SERVICES RENDERED
**Martin and Associates**                                                    **4/1/2007 to current**
**11 Main St. STE #160**
**Huntington Beach, CA 92648**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| --- | --- |

NAME AND ADDRESS

DATE ISSUED

**Emergency One**
**1601 S.W. 37th Avenue**
**Ocala, FL 34474**

**11/7/2009**

**Sierra Vista Bank**
**1710 Prairie City Road**
**Folsom, CA 95630**

**1/2010**

### 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| --- | --- |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| **2009** | **Stephen Israel** | **$218,000 based on cost basis** |
| **2008** | **Stephen Israel** | **$218,000 based on cost basis** |

| None | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |
| --- | --- |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| **2009** | **Stephen Israel**<br>**10203 Missile Way**<br>**Mather, CA 95655** |
| **2008** | **Stephen Israel**<br>**10203 Missile Way**<br>**Mather, CA 95655** |

### 21 . Current Partners, Officers, Directors and Shareholders

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| --- | --- |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| --- | --- |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Stephen Israel**<br>**5809 Granite Hills Dr.**<br>**Granite Bay, CA 95746** | **President** | **100% of all stock** |

### 22 . Former partners, officers, directors and shareholders

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
| --- | --- |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
| --- | --- |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March  3, 2010**                    Signature    **/s/ Stephen Israel**
                                                          **Stephen Israel**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of California

In re    **Placer Fire Equipment, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 3,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 3, 2010**

**/s/ Julius M Engel ESQ**
**Julius M Engel ESQ 137759**
**Engel Law Group**
**5855 Auburn Blvd. #2**
**Sacramento, CA 95841**
**916-515-9693 Fax: 916-514-0791**
**juliusengelesq@yahoo.com**

ABC Supply Inc.
PO Box 161145
Sacramento, CA 95816


ACME Saw
1204 E. Main St.
Stockton, CA 95205


Akron Brass
PO Box 86
Wooster, OH 44691


Allegis Corp.
3895 Corsair St.
Reno, NV 89502


American Express
BOX 0001
Los Angeles, CA 90096


American Terminal Supply
PO Box 5935
Troy, MI 48007


ASE Supply Inc.
PO Box 30599
Portland, OR 97294


Auto Paint Warehouse
31 Wrex Ct.
Chico, CA 95928


Baxter Auto Parts
9975 Horn Rd.
Sacramento, CA 95827


BFB&A
83 Scripps Dr. Ste 210
Sacramento, CA 95825


Bugman Pest Control, Inc.
10137 Folsom Blvd.
Rancho Cordova, CA 95670

Capital Realty Advisors
2990 Lava Ridge Ct. Suite 230
Roseville, CA 95661

Cast Products Inc.
PO Box 1202
Athens, AL 35612

Classic Marine
10203 Missle Way
Mather, CA 95655

Delta Rubber
P.O. Box 8302
Stockton, CA 95208

Dept. of Motor Vehicles
P.O. Box 825339
Sacramento, CA 94232

Drive Line Service of Sac
P.O. Box 1234
West Sacramento, CA 95691

Duo Safety  Ladder
513 W. 9th Avenue
Oshkosh, WI 54903

Dura Poly Industries, Inc.
191 N. Hwy 314A
Silver Springs, FL 34488

EDD
PO Box 826846
Sacramento, CA 94246

Eldrige Bid Reporter
P.O. Box 699
West Sacramento, CA 95691-0699

Elkhart Brass
P.O. Box 1127
Elkhart, IN 46515

Enterprise Rent A Car
199 N. Sunrise Avenue
Dept. C
Roseville, CA 95661

Farmers Insurance
P.O. Box 894731
Los Angeles, CA 90189

Federal Sign Corporation
2645 Federal Signal Drive
University Park, IL 60484

Ferguson Enterprises
8200 Ferguson Avenue
Sacramento, CA 95828-0931

Fire Foam Equipment
1338 Meredith Way
Carmichael, CA 95608

Fire Research Corp.
26 Southern Blvd.
Nesconset, NY 11767-1044

First Northern Bank
2150 DouglasBlvd.
Suite 100
Roseville, CA 95661

First Northern Bank of Dixon
PO Box 547
Dixon, CA 95620

Fleet Pride
3201 Evergreen Avenue
West Sacramento, CA

Flying K
P.O. Box 120
Novato, CA 94948-0120

Folsom Lake Ford
2441 Mercantile Drive
Rancho Cordova, CA 95742

Franchise Tax Board
POBox 942867
Sacramento, CA 94267

Frontier Emergency Products
2940 W. Osborn Road
Phoenix, AZ 85017

Gary Davis
1904 Benita Dr #2
Mather, CA 95655

Great America Leasing Corp.
P.O. Box 660831
Dallas, TX 75266-0831

Great American Leasing
PO Box 660831
Dallas, TX 75266-0831

Hale Products
700 Spring Mill Avenue
Conshohocken, PA 19428

Hanney Reels
553 State Route 143
Westerlo, NY 12193

Harley Metal Fabrication
3343 Luyung Drive
Rancho Cordova, CA 95742

Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029

Hypro
375 Fifth Avenu NW
Saint Paul, MN 55112

Innovative Industries
1525 Deleglise Street
Antigo, WI 54409

Integra
P.O. Box 2966
Milwaukee, WI 53201-2966

James Deangelis
3536 Eisenhower Drive
Sacramento, CA 95826

Jcomputer
2455 Minden Way
Sacramento, CA 95835

Jims Auto Upholstery
806 Reading Street
Suite C
Folsom, CA 95630

Jose Guillen
10 Cloe Ct.
Sacramento, CA 95835

Jose Gutierrez
522 Cottonwood Street, #19
Woodland, CA 95695

Juan Lepe
714 Donner Way
Woodland, CA 95695

Juan Zepada
1890 Junction Blvd
Roseville, CA 95747

Just Say No!
12161 C Folsom Blvd.
Rancho Cordova, CA 95742

Kaiser Permanente
P.O. Box 23219
San Diego, CA 92193

Klingspor Abrasives
P.O. Box 2367
Hickory, NC 28603-2367

Kochek
75 Highland Drive
Putnam, CT 06260


L.N. Curtis & Sons
1800 Peralata Street
Oakland, CA 94607-1603


Lincoln Financial Group
1 Granite Place
P.O. Box 515
Concord, NH 03302-0515


Martin Moreno Masetto
29 Olive Way
Woodland, CA 95695


McGrath North
1st National Tower
Dodge Street
Suite B177
Omaha, NE


Metro Electronics, Inc.
1831 J Street
CA 95811


Microform Precision, LLC
1312 Striker Avenue
Suite 101
Sacramento, CA 95834


Midwest Motor Supply
Dept. L2780
Columbus, OH 43260-2780


MTech, Inc.
2954 Hwy. 32
Suite 900
Chico, CA 95973


Nalley Motor Trucks
2560 Moreland Avenue
Atlanta, GA 30315

Nebraska Truck Center, Inc.
4747 Juergen Rd
Grand Island, NE 68801

Nelson Stud Welding, Inc.
7900 West Ridge Road
Elyria, OH 44036-2019

Praxair
P.O. Box 21511
Pasadena, CA 91185-1511

R&L Carriers
P.O. Box 713153
Columbus, OH 43271-3153

R.S. Hughes
8173 A Belvedere Avenue
Sacramento, CA 95826

Rainbows Fasteners
300 N. 12th Street
Sacramento, CA 95852

Ramon Collazo
1023 Fredricks Street
Woodland, CA 95776

RC Fire Apparatus Management
2205 Mount Errigal Lane
Lincoln, CA 95648

Riverview International Trucks
2445 Evergreen Avenue
West Sacramento, CA 95691-0716

Robert E. Birkholz
884 Nevada Street
Gridley, CA 95948

Ryadon Inc.
25932 Wright Circle
Foothill Ranch, CA 92610

Rye Fire Protections District
P.O. Box 19190
Colorado City, CO 81019


Ryerson
5476 Brisa Street
Livermore, CA 94550


Sacrament Air Quality Management
10590 Armstrong Avenue
Suite C
Mather, CA 95655


Sacramento County Airports
6900 Airports Blvd.
Sacramento, CA 95837-1109


Sacramento County Airports
6900 Airport Blvd.
Sacramento, CA 95837


Sacramento Occupational Medical Group
15 Business Park
Suite 1
Sacramento, CA 95828


Safety Kleen
P.O. Box 7170
Pasadena, CA 91109-7170


Secretary of State
P.O. Box 944230
Sacramento, CA 94244


Sentinel Fire Equipment
P.O. Box 161265
Sacramento, CA 95816


Shade Tree Signs
300 David Lane
Danville, CA 94526

Sherman Williams
6600 44th Street
Suite K
Sacramento, CA 95823-1261

Sidney Israel
26000 Avenida Aeropuerto #154
San Juan Capistrano, CA 92675

Sierra Pacific Engineering
P.O.Box 5246
Carson, CA 90749-5246

Sierra Vista Bank
1710 Prairie City Road
Folsom, CA 95630

Six Rivers Communication
4060 Broadway
Eureka, CA 95503

SMUD
P.O. Box 15555
Sacramento, CA 95852

South Park Corp
P.O Box 61
South Saint Paul, MN 55075

Staples
P.O. Box 6721
Dept. 00-05135967
The Lakes, NV 88901

The Shafer Law Group
210 Magnolia Avenue
Auburn, CA 95603

Timothy J. Talken
500 Energy Plaza
409 S. 17th St.
Omaha, NE 68102

Ting Yang
1040 Jean Ave
Sacramento, CA 95838


Travelers
283 West Court Street
Woodland, CA 95695


TriCO Welding Supplies
1590 E. Kentucky Avenue
Woodland, CA 95776


Trinity Diesel
8065 Boyd Street
Arcata, CA 95521


Turtle Plastics
P.O. Box 7577
Cleveland, OH 44101-4755


VisionMark
2309 Industrial Drive
Sidney, OH 45365


W.S. Darley
1051 Palmer Street
Chippewa Falls, WI 54729


Wattco
2230 Cordelia Road
Fairfield, CA 94534


West Coast Gas
9203 Beatty Drive
Sacramento, CA 95826


West Coast Life Ins.
P.O. Box 12687
Birmingham, AL 35202-6687


Windustrial
5800 Warehouse Way
Sacramento, CA 95826

Zachary Weidkamp
6225 Reba Drive
Granite Bay, CA 95746

# United States Bankruptcy Court
## Eastern District of California

In re  **Placer Fire Equipment, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Placer Fire Equipment, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March  3, 2010

Date

/s/ Julius M Engel  ESQ

Julius M Engel  ESQ 137759

Signature of Attorney or Litigant

Counsel for   **Placer Fire Equipment, Inc.**

Engel Law Group

5855 Auburn Blvd. #2
Sacramento, CA 95841
916-515-9693 Fax:916-514-0791
juliusengelesq@yahoo.com